DAVID ROWSON v. TOWNSHIP COMMITTEE OF THE TOWNSHIP OF MANTUA.

Oct. 4, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. HENRY MANNING.

Oct. 4, 1979. Petition for certification denied. (See 165 *N.J.Super.* 19) (appeal pending)

ANGELA M. BELL v. JOHN R. BELL AND PORT AUTHORITY TRANSIT CORPORATION.

Oct. 4, 1979. Petition for certification granted.

EILEEN McKEEVER v. NEW JERSEY BELL TELEPHONE CO.

Oct. 4, 1979. Certification to Division of Workers' Compensation granted.

JERSEY SHORE MEDICAL CENTER–FITKIN HOSPITAL v. ESTATE OF SIDNEY BAUM, DECEASED, AND CAROLYN BAUM.

Oct. 4, 1979. Certification to Superior Court, Law Division, granted.